MHN

**FILED**
**MARCH 11, 2009**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
2-19-2009
FEB 19 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jose Cervantes

(Enter above the full name of the plaintiff or plaintiffs in this action)

**09CV1069**
**JUDGE LEFKOW**
**MAG. JUDGE MASON**

Case No: _____
(To be supplied by the Clerk of this Court)

In their Official Capacities and individual Capacities Chicago Police Officers Badge 20641 Fanning, TJ, Marczuk, G.S Badge 20554, Fagiano F.M. badge 45, Conroy P.J badge 267, Kimbrough, M.K, Mayor, R.B badge 5298 Naze, Amy, all officers present at the scene, Individual Officers with immediate contact with the Plaintiff, for Police Misconduct, Violation of the Constitution, Abuse of Power of discretion all above on date 11-9-07, Also the City of Chicago for their Policy and Custom of Serve and Protect integration Policies Chicago Police Department 5555 West Grand Avenue, ~~Diana Garcia-Camilo~~

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

Also Richard A. Devine Ex State Attorney at the time

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)
for his Office to allow such behavior of his Office

___ **OTHER** (cite statute, if known) of abuse of Malice against me

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

Also Violation of not give me my Miranda Rights by Police Officer Fanning TJ Badge 20641 Liability of Supervisory Officers shift Commander and Captain John Doe's at 5555 W. Grand Ave. Police Department

I. **Plaintiff(s):**

A. Name: Jose Cervantes

B. List all aliases: _____

C. Prisoner identification number: 20070085313

D. Place of present confinement: Cook County jail

E. Address: P.O. Box 089002, Chicago, Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

badge 20641

A. Defendant: Fanning, TJ
   Title: Detective Police Officer
   Place of Employment: 5555 W. Grand Ave. Chicago Ill. 60651

badge 20554

B. Defendant: Marczuk, GS
   Title: Chicago Police Officer
   Place of Employment: 5555 W. Grand Ave, Chicago, Ill. 60651

badge 267

C. Defendant: Conroy, PJ Police Off
   Title: Chicago Police Officer
   Place of Employment: 5555 W Grand Ave Chicago Ill, 60651

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Defendant Diana Garcia Camilo
Title Assistant State's Attorney
Place of Employment 500 W. Washington

Revised 9/2007

2

Defendant: _[illegible]_

Title: Chicago Police Officer

Place of Employment: 5555 W. Grand Ave, Chicago, Ill, 60651

Defendant: Kimbrough, M.K.

Title: Chicago, Police Officer

Plae of Employment: 5555 W. Grand Ave, Chicago, Ill, 60651

Defendant: Mayor R.B. — badge 5298

Title: Chicago Police Officer

Place of Employment: 5555 W. Grand Ave, Chicago, Ill, 60651

Defendant: Naze Amy

Title: State's Attorney

Place of Employment: 5555 W. Grand Ave, Chicago, Ill, 60651

Defendant: John Doe's Shift Commander, Captain

Title: Shift Commander, Captain — To be subpoena

Place of Employment: 5555 W. Grand Ave, Chicago, Ill, 60651

Defendant: Richard A. Devine

Title: Ex State's Attorney

Place of Employment: 500 West Washington St.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Jose Cervantes V Michael P. Schmiege 08CV6097
   Jose Cervantes V. Michael P. Schmiege habeas corpus
   Jose Cervantes V. Todd Stroger Jr. et al 08CV7386  09CV111

B. Approximate date of filing lawsuit: 11-24-08, 12-29-08, 1-8-09

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A
   Jose Cervantes

D. List all defendants: Michael P. Schmiege Law Offices of the Firm
   Todd Stroger Jr. et. al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern District

F. Name of judge to whom case was assigned: Judge Zagel, Judge Hibbler, Judge Conlon

G. Basic claim made: ineffectiveness assistance of Counsel, Living Conditions of Confinement, Legal Malpractice for Professional Negligence

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): One of the cases still pending

I. Approximate date of disposition: Not yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) The Assistaant state's Attorney Diana Garcia-Camilo says Cervantes shook the 29-day-old baby when the infant stopped. On 11-9-07 I Jose Cervantes I was falsely arrested by Det. T. Fanning badge: 20641 and Marczuk GS badge 20554 and Conroy P.S. badge 267 and liability of supervisory Officer's other. Officer's present at the scene, Individual Officer with immediate contact with the plantiff on 11-9-07 Although the Supervisors weren't actually present at the scene they are liable for acqulescing their unlawful activities of having prior complaints of Police Misconduct this particular Chicago Police Station Police officer's 5555 W. Grand Ave Police Department Station. Supervisor failure to act has amounted to rough, reckless and even deliberate indifference to my constitutional rights. When Police Misconduct of these subordinates reached me in the interrogation to violated my of a involuntary to sign a blink paper in order to have my kids back, because I was charge with Shaken Baby Syndrome, Fractured Ribs under

4

Revised 9/2007

2

Case: 1:09-cv-01060 Document #: 5 Filed: 02/11/09 Page 6 of 10 PageID #:24
Case 1:09-cv-01069 Document Filed 02/19/2009 Page 6 of 10

threats and intimidation if I did not sign it I would never see my son and daughter again if I did not sign a blank paper and the Police Officer Fanning never gave me or read me my Miranda warning rights until after the interrogation they never let me make a phone call or have an Attorney present. The said officers make everything on paper himself I was Coerce in a Confession to sign a blank piece of paper under threats and intimidation by all of the police Officers on 11-9-07 to 11-10-07 at 5555 W. Grand Ave Chicago Police Station Department, I was threatened over over, and over that my Kids I would never see them again and he would make sure I will go away ~~Form~~ for a long time, And I was promise leniency if I just sign a paper the signing of the paper was involuntary under threats and intimidation I also would lose my life to jail for a long time, Now Maze, Amy use her threats and intimidation while I was in interrogation she add her investigative techniques that were so coercive and abusive alone with these other individuals knowingly induces me Jose Cervantes

5

Revised 9/2007

to make a false statement and false count of perjury these individuals. The Police Officer's at 5555 W. Grand Ave Police Station has manufactured false evidence. Police Officer's Fanning badge 20641, Marczuk badge 20554 naze Amy, and the rest of these individuals could have stop the abuse of power Kimbrough M.K., Mayor R.B badge 5298 Fasino badge 45. This abuse of power also because the assistant state's Attorney office need to be held liable for their part in this Police Misconduct with a investigation of their own just because to do what they want even if it violated my constitutional rights. The abuse of power by these and this Chicago Police Department 5555 W. Grand Ave, for Police Misconduct to lock up human being just because they have Authority doing above the law they sowron an Oath they break their prior complaint of Police Misconduct has got worst has ever before because they do their job above the law they can not be touch by any one. This problem need to be straight out immedately urgent, becaus I

have them making false allegation against me for more signing and filing a complaint falsely against me allegation of these individuals using threats and intimidation to deprived me of my kids and myself as a human being to violate my constitutional rights to fit me into a crime, this Police Misconduct abuse of Power has no regards for human being rights to have there supervisory for acquiescing their unlawful activities of prior complaints of Police Misconduct failure to act has amounted to rough, reckless, and subordinates violated my constitutional rights by Chicago, Police Officer's Fanning, badge 20644, Marczuk badge 20554 and the assistant state's Attorney Office Liable for her action of unlawful activities Naze Amy adding her involvement of abuse of threats and intimidation the Ex-State's Attorney Richard A Devine Liable also for his Office Action violation of my rights and ain't no telling how many citizen's have the Chicago Police Officer's at 5555 W. Grand Ave Police Department violated my constitutional rights by Police Misconduct and threats and to do bodily harm to lose my kids and to be lock-up for some time and to sign a statement that was coerce of the whole

5

Naze Amy ~~Marazuk~~

ordeal so the Police Officers Tanning and Naze Amy took a picture of me and gave it to the newspaper's and the newspaper's gave it to the T.V. network putting my face of the picture Det. Police Officer Tanning did to me under threats and Intimidation to make me sign a blink paper if not I would lose my kids. and I go to jail for along time, but if I sign he make sure I get my kids back and I will go home. I did not understand that a blink paper was not any words on it he said he would write it, just sign it and putting me in imminent danger because of putting me in the newspaper and T.V. network my face and arriving at look County I have to live in protected custody and than this bright orange jumpsuit makes me a target to get physical hurt and assaulted piss and other things at me because of the

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To have a policy to protect people from abuse of power of Police Misconduct especially under threats and intimidation to do bodily harm and have my kids taken away for nothing

Ten Million Dollars

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

# CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

*Jose Cervantes*
(Signature of plaintiff or plaintiffs)

Jose Cervantes
(Print name)

20070085313
(I.D. Number)

P.O. Box 089002

Chicago, Ill. 60608
(Address)

6

Revised 9/2007