Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan Humphrey Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 1069 | DATE | 4-3-09 |
| CASE TITLE | Jose Cervantes (#2007-0085313) v. T.J. Fanning et al. | | |

**DOCKET ENTRY TEXT:**

The Court grants Plaintiff's motion to voluntarily dismiss this case [9]. *See* Fed. R. Civ. P. 41(a)(1). The complaint is dismissed, and this case is terminated. The Defendants need not respond to the complaint.

Docketing to mail notices.

isk