Jose Cervantes
20070085313
P.O. Box 089002
Div. 61C
Chicago, Ill. 60608

Case No # 09c01069 MHW
Judge Joan H. Lefkou

09cv1069

**FILED**
APR 9 2009
4-9-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jose Cervantes, TJ Fanning etc, et al

I am dismissing this complaint and I would not purse this case no longer. I drop this complaint.

Jose Cervantes
20070085313
P.O. Box 089002
DM 61c
Chicago, Ill. 60608